**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6093

DONTAY CARTER-EL,

                 Plaintiff - Appellant,

         v.

SCOTT S. OAKLEY; ROBIN WOOLFORD; LENORA ADEGBESAN; PAULA
WILLIAMS; WARDEN FRANK BISHOP; LT. BRAD WILT; WARDEN RICHARD
GRAHAM, JR.; JAMES TICHNELL, Case Manager; CAPT. BUTLER,
Investigations,

                 Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, Senior District
Judge.  (1:14-cv-02545-JFM)

Submitted:  August 25, 2016            Decided:  August 29, 2016

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dontay Carter-El, Appellant Pro Se.  Ankush Nayar, OFFICE OF THE
ATTORNEY  GENERAL  OF  MARYLAND,  Baltimore,  Maryland,  for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dontay Carter-El appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying his motion to alter or amend the judgment under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Carter-El v. Oakley, 1:14-cv-02545-JFM (D. Md. filed Nov. 10, 2015 & entered Nov. 12, 2015; filed Jan. 11, 2016 & entered Jan. 12, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED